IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUQAN DEMETRIUS MUHAMMAD,
ADC #97878                                                                                          PLAINTIFF

V.                                    5:11-cv-00278-JLH-JTK

GRANT HARRIS, et al.                                                                          DEFENDANTS

## ORDER

By Order dated November 22, 2011, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 3). Summons was returned, unexecuted, with respect to Defendants Dawn Jones and Sandra Bonner on December 5, 2011 (Doc. Nos. 8, 9). Accordingly,

IT IS, THEREFORE, ORDERED that Defendants shall provide to the Court the last-known addresses of Defendants Jones and Bonner, under seal, within ten days of the date of this Order.

IT IS SO ORDERED this 8th day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE