**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JUQAN DEMETRIUS MUHAMMAD,                                                                      PLAINTIFF
ADC #97878

v.                                              5:11-cv-00278-JLH-JTK

GRANT HARRIS, et al.                                                                                  DEFENDANTS

**ORDER**

By Order dated November 22, 2012, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 3). Summons was returned, unexecuted, with respect to Defendants Dawn Jones and Sandra Bonner on December 5, 2011 (Doc. Nos. 8, 9). Included with the return of Jones' summons is a notation that no employee is listed by this name. Included with the return of Bonner's summons and filed under seal is a memo containing Defendant Bonner's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Sandra Bonner, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that Plaintiff shall file additional identifying information about Defendant Dawn Jones, such as her place of employment or employer, or a different name by which she is known, within ten days of the date of this Order. Failure to obtain service on this Defendant within 120 days of the filing of Plaintiff's Complaint may support dismissal of this Defendant, pursuant to FED.R.CIV.P. 4(m).

IT IS SO ORDERED this 17th day of January, 2012.

_____
  JEROME T. KEARNEY
  UNITED STATES MAGISTRATE JUDGE