## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JUQAN DEMETRIUS MUHAMMAD,
ADC #97878                                                                                            PLAINTIFF

v.                                        5:11cv-00278-JLH-JTK

GRANT HARRIS, et al.                                                                          DEFENDANTS

### ORDER

Defendants' Motion to Stay Discovery (Doc. No. 27), pending resolution of their Motion to Dismiss, is GRANTED.

IT IS SO ORDERED this 23rd day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE