**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JUQAN DEMETRIUS MUHAMMAD,                                    PLAINTIFF
ADC #97878

v.                                No. 5:11CV00278 JLH-JTK

GRANT HARRIS, et al.                                                DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction, which this Court construes as Motions for Preliminary Injunctive Relief, are DENIED. Documents #5 and #24.

IT IS SO ORDERED this 13th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE