**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JUQAN DEMETRIUS MUHAMMAD,                                                              PLAINTIFF
ADC #97878

v.                                              5:11-cv-00278-JLH-JTK

GRANT HARRIS, et al.                                                                          DEFENDANTS

## **ORDER**

Defendants shall respond to Plaintiff's Motion for Default Judgment against Defendant Sandra Bonner (Doc. No. 42) within ten days of the date of this Order.

IT IS SO ORDERED this 28th day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE