**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JUQAN DEMETRIUS MUHAMMAD,
ADC #97878, a/k/a Willie Murry                                                                PLAINTIFF

V.                                        5:11-cv-00278-JLH-JTK

GRANT HARRIS, et al.                                                                        DEFENDANTS

## ORDER

Defendants Donald Compton, Darryl Golden, Patty Green, Grant Harris, Ray Hobbs, Wendy Kelley, Natasha Martin, Curtis Meinzer, and Rosalyn Williams, through their attorney, have supplied their correct names (Doc. No. 22). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 4th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE