**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JUQAN DEMETRIUS MUHAMMAD,                                                                    PLAINTIFF
ADC #97878

v.                             No. 5:11CV00278 JLH-JTK

GRANT HARRIS, et al.                                                                                   DEFENDANTS

## ORDER

Plaintiff's Motion to Dismiss Defendant Dawanda Jones from his complaint is GRANTED. Document #46.

IT IS SO ORDERED this 5th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE