IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUQAN DEMETRIUS MUHAMMAD,                                                                    PLAINTIFF
a/k/a WILLIE MURRY, ADC #97878

v.                                          No. 5:11CV00278 JLH-JTK

GRANT HARRIS, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, as frivolous. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE